COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HOSGAN TAVIRA, ESTEBAN FLORES,
FRANCISCO FLORES, MIGUEL ANGEL FLORES,
MIGUEL GENIS, VICTOR GARCIA and ABDIAS
GARCIA, Individually and On Behalf of All Others
Similarly Situated,

　　　　　　　　　　　　　　　　Plaintiffs,

-against-

1443 YORK GOTHAM PIZZA, INC. D/B/A
GOTHAM PIZZA, 1667 FIRST GOTHAM PIZZA,
INC. D/B/A GOTHAM PIZZA, 144 NINTH
GOTHAM PIZZA, INC. D/B/A GOTHAM PIZZA,
MICHAEL SHAMAILOV, LANA SHAMAILOV and
CENAN MENEDI,

　　　　　　　　　　　　　　　　Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/11

10 cv 03689 (RWS) (JLC)

STIPULATION OF DISMISSAL WITH
PREJUDICE

ECF CASE

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, through their counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice with respect to Plaintiffs and without any award of attorneys' fees, costs or other relief to either party and that further, the court will retain jurisdiction and the matter may be reopened and all releases

are invalid and vacated if the full settlement payment is not received by the date specified in the Settlement and General Release executed by the parties.

Dated: Ju__ 15, 2011

_Lizbeth Schalet_
Lizabeth Schalet
Lipman & Plesur, LLP
*Attorneys for Plaintiff*
500 North Broadway, Suite 105
Jericho, NY 11753-2131
Telephone: (516) 931-0050
Facsimile: (516) 931-0030

Dated: June 10, 2011

Howard B. Leff, Esq.
howard@howardleffpc.com
Howard B. Leff, P.C.
1055 Franklin Avenue, Suite 306
Garden City, NY 11530
Telephone: (516) 739-7500
Facsimile: (516) 739-3587

Dated: June __, 2011

Harold Seligman, Esq.
hseligman@msn.com
Long, Tuminello, Besso, Seligman, Werner, Johnston & Sullivan, LLP
120 Fourth Avenue
Bay Shore, NY 11706
Telephone: (631) 666-5766
Facsimile: (631) 666-8401

SO ORDERED:

_____
U.S.D.J.
7-6-11